UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                                    Bankr. Case No. 09-30159-MKN-13

FRANCISCO JAVIER GARCIA                                                                   Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc.

        By /s/ James Hogan, Jr.

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 3, 2009 :

| | |
|---|---|
| JORGE L. SANCHEZ<br>SANCHEZ LAW GROUP<br>900 S. FOURTH ST., STE 100<br>LAS VEGAS, NV 89101 | Rick A Yarnall<br>701 Bridger Avenue #820<br>Las Vegas, NV  89101 |

By /s/ James Hogan, Jr.
_____
James Hogan, Jr.

xxxxx25893 / 555260